JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| JULIAN J. ALEXANDER, | ) | No. ED CV 15-2528-JAK (DFM) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| SCOTT KERNAN, | ) | |
| Respondent. | ) | |
| | ) | |

Under the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: June 27, 2017

_____
JOHN A. KRONSTADT
United States District Judge